MARY WESEMAN *v.* CATHARINE WINGROVE, CHAUNCEY SMITH, Referee, etc., Appellant, J. G. FLAMMER, Purchaser, etc., Respondent.

(Argued December 10, 1878; decided December 17, 1878.)

*I. P. Williams* for appellant.

*John L. Lindsay* for respondent.

AGREE to affirm. No opinion.
All concur.
Judgment affirmed.